**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00156-CV**
_____

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant**

**V.**

**THERESA JUBERT, Appellee**

---

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. 190222AC**

---

**MEMORANDUM OPINION**

Appellant Allstate Fire and Casualty Insurance Company and Appellee Theresa Jubert filed an agreed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2). The motion states that they settled the dispute, and the underlying case has been dismissed. The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 29, 2025
Opinion Delivered January 30, 2025
Before Golemon, C.J., Johnson and Wright, JJ.